UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES WILLIAM KING, III,<br><br>       Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA ARMY,,<br><br>       Defendant. | 24 **CIVIL** 6841 (LTS)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the November 21, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 25, 2024
    New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
               Chief United States District Judge